# UNITED STATES DISTRICT COURT

## District of Minnesota

Holger Paul Azas Punina

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00571-JRT-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum Opinion and Order 19 has been satisfied. This case is closed.

Date: 3/23/2026

KATE M. FOGARTY, CLERK